MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
THOMAS G. FEIMER
Attorney at Law (CSBN 266049)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorneys for Defendant
ALIK ILYIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 12-00467-RS |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER RE: TRIAL DATE AND BRIEFING SCHEDULE** |
| v. | |
| ALIK ILYIN | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Michael Stepanian, attorney for defendant Alik Ilyin, and Assistant United States Attorney Damali Taylor that the trial date in this action, presently set for February 4, 2013, shall be continued to March 18, 2013. The aforementioned parties further stipulate and agree to the following dates:

1.   The Defense's Motion to Suppress Evidence shall be filed and served upon the Government by January 4, 2013;

2.   The Government's opposition to the Defense's Motion to Suppress Evidence shall be filed and served upon the Defense by January 18, 2013;

3. The Defense's reply to the Government's opposition to the Defense's Motion to Suppress Evidence shall be filed and served upon the Government by January 25, 2013;

4. Hearing of the Defense's Motion to Suppress Evidence shall be held on February 5, 2013;

5. The pretrial conference in this case shall be held on March 5, 2013. Pursuant to the Court's standing order, all joint and separate filings not previously noted in this Stipulation shall be filed and served 10 days prior to this date, on Thursday, February 23, 2013.

Respectfully submitted,

Dated: November 9, 2012

_____/S/_____
MICHAEL STEPANIAN
Attorney for Defendant
ALIK ILYIN

Dated: November 9, 2012

_____/S/_____
DAMALI A. TAYLOR
Assistant United States Attorney

**SO ORDERED:**

Dated: 11/14/12

RICHARD G. SEEBORG
United States District Judge

*Stipulation & ~~Proposed~~ Order Re: Trial Date & Briefing Schedule*
*United States v. Ilyin, CR. 12-00467-RS*                                         -2-