MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, California 94109
Tel: (415) 771-6174
Fax: (415) 474-3748
Mstepanian@sbcglobal.net

Attorney for Defendant
ALIK D. ILYIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-467-RS |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER ALLOWING SUBSTITUTION OF SECOND CHAIR COUNSEL |
| ALIK D. ILYIN, | |
| Defendant. | |

IT IS STIPULATED that Erin Crane be substituted as second chair counsel for Alik D. Ilyin in place of Thomas Feimer.

DATED: February 13, 2013.

/s/ MICHAEL STEPANIAN
Michael Stepanian
Attorney for Defendant
ALIK D. ILYIN

DATED: February 13, 2013.

/S/THOMAS FEIMER
Attorney for Defendant
Alik D. Ilyin

DATED: February 13, 2013.

/S/ERIN CRANE
Attorney for Defendant
Alik D. Ilyin

//
//

STIPULATION FOR SUBSTITUTION OF SECOND CHAIR COUNSEL; [PROPOSED] ORDER

//

SO ORDERED: 2/12/13

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION FOR SUBSTITUTION OF SECOND CHAIR COUNSEL; [PROPOSED] ORDER                    2