MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR  (262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0467 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING TRIAL DATE |
| | ) | AND DOCUMENTING EXCLUSION OF |
| ALIK D. ILYIN, | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| Defendants. | ) | |

     On April 17, 2013, the parties and the Court agreed to continue the jury trial in this matter, presently set for May 28, 2013, to June 24, 2013 before the Honorable Richard Seeborg.

     Counsel for defendant ALIK D. ILYIN, Michael Stepanian, and the government, represented by DAMALI A. TAYLOR, Assistant United States Attorney, hereby agree and stipulate, for both continuity and effective preparation of counsel, that time be excluded under the Speedy Trial Act until Monday, June 24, 2013, the date for trial.   The additional time is necessary to give counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it is in the best interests of the defendant to do so. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the

best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                             MELINDA HAAG
                                             United States Attorney

DATED: April 17, 2013                    /s/
                                             DAMALI A. TAYLOR
                                             Assistant United States Attorney


DATED: April 17, 2013                    /s/
                                             MICHAEL STEPANIAN
                                             Counsel for ALIK D. ILYIN

-3-

1                              [PROPOSED] ORDER

2         For the foregoing reasons, the Court concludes that an exclusion of time through and
3    including June 24, 2013, should be made under Title 18, United States Code, Sections
4    3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice served by
5    excluding time through and including June 24, 2013 outweigh the best interest of the public and
6    the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
7    **IT IS SO ORDERED**.
8
9    Dated:  4/18/13                              _____
10                                                RICHARD SEEBORG
                                                  UNITED STATES DISTRICT JUDGE

ORDER EXCLUDING TIME
CR 12-0467                         -3-